Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Megan E. Nevin, Bar No. 304122
mnevin@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:     559.256.7800
Facsimile:      559.449.4535

Attorneys for Defendants CITY OF CHICO and BRENDAN OTTOBONI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| MATTHEW A. THOMPSON, | Case No.: 2:19-cv-02578-MCE-DMC |
|---|---|
| Plaintiff, | Complaint Filed: December 19, 2019 |
| v. | **ORDER GRANTING DEFENDANTS' CITY OF CHICO AND BRENDAN OTTOBONI'S EX PARTE APPLICATION TO EXCEED PAGE LIMIT FOR MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| CITY OF CHICO, BRENDAN OTTOBONI, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Having considered he City of Chico's ("City") and Brandon Ottoboni's (collectively, "Defendants") Ex Parte Application to Exceed Page Limit for Motion for its Summary Judgment or in the alternative, Partial Summary Judgment pursuant to Pursuant to Federal Rules of Civil Procedure, Rule 47, and good cause appearing, Defendants' Ex Parte Application to exceed the 20 page limitation in its Motion for Summary Judgment or in the alternative, Partial Summary Judgment is hereby GRANTED.

Defendants may file a Memorandum of Points of Authorities no longer than 30 pages in support of their Motion for Summary Judgment or in the alternative, Partial Summary Judgment.

////

////

1

Order Granting Defendants' Ex Parte Application to Exceed Page Limit for Motion for Summary Judgment or in the Alternative, Partial Summary Judgment

9691370.3 CH047-022

Plaintiff's Opposition, if any, is also extended to 30 pages and Defendants' Reply shall not exceed 15 pages in length.

**IT IS SO ORDERED.**

**Dated: August 13, 2021**

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2
Order Granting Defendants' Ex Parte Application to Exceed Page Limit for Motion for Summary Judgment or in the Alternative, Partial Summary Judgment

9691370.3 CH047-022