Patricia A. Savage (SBN 236235)
**LAW OFFICES OF PATRICIA A. SAVAGE**
1550 Humboldt Road, Ste 4
Chico, CA 95928
Tel: (530) 809-1851
Fax: (530) 592-3865
Email: psavesq@gmail.com

Nicole B. Reimer (SBN 326339)
**REIMER LAW, PC**
313 Walnut Street, Ste 120
Chico, CA 95928
Tel: (530) 898-1111
Email: nbreimer.esq@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW A. THOMPSON,<br>PLAINTIFF,<br><br>v.<br><br>CITY OF CHICO, BRENDAN OTTOBONI, and DOES 1 THROUGH 10, inclusive.<br>DEFENDANTS, | Case No. 2:19-cv-02578-MCE-DMC<br><br>Complaint Filed: December 19, 2019<br><br>**ORDER GRANTING PLAINTIFF MATTHEW THOMPSON'S EX PARTE APPLICATION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Presently before the Court is Plaintiff Matthew Thompson's Ex Parte Application (ECF No. 15), in which an extension is sought by Plaintiff for opposing Defendants' Motion for Summary Judgment (ECF No. 12). Having reviewed that Application, along with Defendant City of Chico's Opposition and Plaintiff's Reply thereto, and good cause appearing,

///

////

1

Plaintiff's Ex Parte Application (ECF No. 15) is hereby **GRANTED**. Plaintiff may file his Opposition to Defendants' Motion for Summary Judgment on or before **October 18, 2021**. Defendants' Reply to Plaintiff's Opposition, if any, shall be filed not later than **October 27, 2021**.

**IT IS SO ORDERED**.

Dated: September 7, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE